# Exhibit 2

| US9639608 | Galatea ("The accused instrumentality") |
|---|---|
| 1. A computer processor implemented method to match recommendations to a user for an event, said method comprising:<br><br>*Col 3: Lines 58-61:*<br>*Events could be one-time events, such as a concert, repeating such as a weekly special, a deal-based event such as an expiring coupon/special promotion, or a general event such as "hike in the park".*<br>*Col 4: lines 32-36:*<br>*Recommendations provided may include events, activities, experiences, people, deals, specials, desire matchups, and/or advertisements for user 101 alone, or include friends/people in said* | The accused instrumentality discloses a computer processor implemented method to match recommendations (e.g., recommendations for audiobooks, ebooks, etc.) to a user (e.g., a Galatea user) for an event (e.g., listening/reading audiobooks, ebooks, etc.).<br><br>As shown below, the accused instrumentality provides recommendations to a user regarding audiobooks, ebooks, etc. that are personalized to user's interest.<br><br><br><br>https://galatea.com/ |

| | |
|---|---|
| *recommendations who may have a corresponding interest.* |  https://play.google.com/store/apps/details?id=com.colt&hl=en_US<br><br>GALATEA is a mobile app that offers immersive reading experiences for users who enjoy novels and audiobooks. It has many features that make it stand out from other reading apps, such as:<br><br>https://medium.com/@galateafans/codes-galatea-free-100k-points-unlock-chapters-56a762f8e814 |

| | |
|---|---|
| | Audiobook option: GALATEA allows users to listen to their favorite books in audiobook format, or switch between reading and listening modes. Users can enjoy stories anywhere, any time, without having to look at the screen. A library for every desire: GALATEA has a library of over 400 ebooks in various genres, such as romance, fantasy, thriller, and horror. GALATEA also features exclusive online books, novels, audiobooks, and short stories from best-selling authors. Users can select their preferred genres and get personalized recommendations from GALATEA. https://medium.com/@galateafans/codes-galatea-free-100k-points-unlock-chapters-56a762f8e814<br><br>The accused instrumentality matches audiobooks, ebooks, etc. according to the user's interests to provide personal recommendations to the user. |



https://makeheadway.com/blog/is-galatea-app-safe/



https://play-lh.googleusercontent.com/
aYMNW47HljiNRCKz1NwkDhJiFRnbEiynNLwZt5I1MBS9XPEBnr6BHVX9VjFoDVQBoM
g

| receiving or collecting, by a network | The accused instrumentality discloses receiving or collecting, by a network environment (e.g., Galatea network environment comprising of Galatea servers, |

| | |
|---|---|
| environment, one or more portions of user data, event data, or social data from users or third party data sources via said network; | Galatea users, etc.), one or more portions of user data (e.g., user information), event data (e.g., audiobooks/ebooks preferences, interests, etc.). or social data (e.g., other user's interest, reads, etc.) from users (e.g., Galatea user) or third party data sources via said network (e.g., Galatea network). <br><br> As shown below, the accused instrumentality collects data regarding user personal information (user data), event information such as audiobooks/ebooks preferences, interests, etc. (event data) from the user It also collects information regarding other user's interest, reads, etc. (social data). <br><br> Audiobook option: GALATEA allows users to listen to their favorite books in audiobook format, or switch between reading and listening modes. Users can enjoy stories anywhere, any time, without having to look at the screen. <br> A library for every desire: GALATEA has a library of over 400 ebooks in various genres, such as romance, fantasy, thriller, and horror. GALATEA also features exclusive online books, novels, audiobooks, and short stories from best-selling authors. Users can select their preferred genres and get personalized recommendations from GALATEA. <br> https://medium.com/@galateafans/codes-galatea-free-100k-points-unlock-chapters-56a762f8e814 |

In addition, certain data is required for registration and use of our app.

Your account data, used to access the app, can also be used to log in to other of our services like CandyJar. Upon first login to one of our other services, the respective terms of use and data protection policies of the service will apply.

The following data is processed as part of the registration:

- E-mail (mandatory)
- Password (mandatory)
- User name
- Date of birth

user data

In addition to manual registration, we offer you the option of registering with us directly with your existing user account of a social network from selected providers. We use the platforms "Apple" and "Google".  If you wish to use one of these functions, you will be redirected to the page of the respective provider and navigated through the registration process.

To protect your privacy, we delete or anonymize identifiers in our database and most technical data after your use. The evaluation of the usage data is carried out exclusively on a statistical basis and is not personalized.

The purpose of processing this data is to enable the use of the app and its service offerings and functions.

https://galatea.com/privacy

Some features of our app require access to certain features and services on your device. Depending on which mobile operating system you use, you may be required to accept certain app permissions. We will now explain what these permissions are:

**Push notifications:**

Access location data: When you select OK in the "Push Notifications" pop-up, you allow the app to send you push notifications.

https://galatea.com/privacy



[https://galatea.com/en/browse/werewolves-shifters-4673](https://galatea.com/en/browse/werewolves-shifters-4673)



## Life is Not a Game

| AUTHOR | READS | CHAPTERS |
|---|---|---|
| Kara Verbeek | 5.6M | 41 |

social data



https://galatea.com/en/story/life-is-not-a-game-10229



https://play.google.com/store/apps/datasafety?id=com.colt&hl=en_US



[https://play.google.com/store/apps/datasafety?id=com.colt&hl=en_US](https://play.google.com/store/apps/datasafety?id=com.colt&hl=en_US)



https://play.google.com/store/apps/details?id=com.colt&hl=en_US

| whereby the network environment comprises one or more servers connected to one or more user devices via a network; | The accused instrumentality discloses a network environment (e.g., Galatea environment comprising of Galatea servers, Galatea users, etc.), whereby the network environment (e.g., Galatea network environment comprising of Galatea servers, Galatea users, etc.) comprises one or more servers (e.g., Galatea servers) connected to one or more user devices (e.g., smartphone, laptop, etc.) via a network (e.g., Galatea network).<br><br>As shown below, a user accesses the accused instrumentality through devices such as smartphones, laptops, etc. Upon accessing said instrumentality the user device connects to servers through internet for using services provided by said servers. |



https://play.google.com/store/apps/details?id=com.colt&hl=en_US



https://play.google.com/store/apps/details?id=com.colt&hl=en_US



https://play.google.com/store/apps/details?id=com.colt&hl=en_US



[https://galatea.com/](https://galatea.com/)

| identifying, by said network environment, one or more portions of user data, event data, or social data from users or third party data sources via said network; | The accused instrumentality discloses identifying, by said network environment (e.g., Galatea network environment comprising of Galatea servers, Galatea users, etc.), one or more portions of user data (e.g., user information), event data (e.g., audiobooks/ebooks preferences, interests, etc.) or social data (e.g., other user's interest, reads, etc.) from users (e.g., Galatea user) or third party data sources via said network (e.g., Galatea network).<br><br>As shown below, the accused instrumentality collects data regarding user personal information (user data), event information such as audiobooks/ebooks preferences, interests, etc. (event data) from the user. This data is collected by user devices over a network. The specific portions of the data such as name, email, etc. is collected when user creates an account at the accused instrumentality. |
| --- | --- |

In addition, certain data is required for registration and use of our app.

Your account data, used to access the app, can also be used to log in to other of our services like CandyJar. Upon first login to one of our other services, the respective terms of use and data protection policies of the service will apply.

The following data is processed as part of the registration:

- E-mail (mandatory)
- Password (mandatory)
- User name
- Date of birth

user data

In addition to manual registration, we offer you the option of registering with us directly with your existing user account of a social network from selected providers. We use the platforms "Apple" and "Google".  If you wish to use one of these functions, you will be redirected to the page of the respective provider and navigated through the registration process.

To protect your privacy, we delete or anonymize identifiers in our database and most technical data after your use. The evaluation of the usage data is carried out exclusively on a statistical basis and is not personalized.

The purpose of processing this data is to enable the use of the app and its service offerings and functions.

https://galatea.com/privacy

Some features of our app require access to certain features and services on your device. Depending on which mobile operating system you use, you may be required to accept certain app permissions. We will now explain what these permissions are:

**Push notifications:**

Access location data: When you select OK in the "Push Notifications" pop-up, you allow the app to send you push notifications.

https://galatea.com/privacy



https://galatea.com/en/browse/werewolves-shifters-4673







https://galatea.com/en/story/life-is-not-a-game-10229



https://play.google.com/store/apps/datasafety?id=com.colt&hl=en_US



https://play.google.com/store/apps/datasafety?id=com.colt&hl=en_US



https://play.google.com/store/apps/details?id=com.colt&hl=en_US

| | |
|---|---|
| determining recommendations by calculating a relevancy score of said user data, said social data, or said event data for users when one or more of said data points of user, social, or event data exceeds one or more thresholds; wherein said determining is based upon a significance analysis, | The accused instrumentality discloses determining recommendations (e.g., recommendations for audiobooks, ebooks, etc.) by calculating a relevancy score (e.g., relevance and ranking metrics) of said user data (e.g., user information), said social data (e.g., other user's interest, reads, etc.), or said event data (e.g., audiobooks/ebooks preferences, interests, etc.) for users (e.g., Galatea users) when one or more of said data points of user, social, or event data exceeds one or more thresholds (e.g., audiobook/ebook preference threshold, interest, etc.); wherein said determining is based upon a significance analysis, by a computer processor implemented method, which ranks said user data (e.g., user information), said event data (e.g., audiobooks/ebooks preferences, interests, etc.), or said social data (e.g., other user's interest, reads, etc.) to be of interest to one or more users based on awareness of entities (e.g., audiobook/ebook preference data, etc.), activities (e.g., listening/reading activity, etc.), interests (e.g., user interest, etc.), desires, or location. |

| | |
|---|---|
| by a computer processor implemented method, which ranks said user data, said event data, or said social data to be of interest to one or more users based on awareness of entities, activities, interests, desires, or location;<br><br>*Col 6: lines 6 – 10:*<br><br>*This relevancy analysis may include known or guessed information of the attendance/engageme nt numbers of a particular recommendation, the distance of the* *potential* *recommendation to the user's current, estimated, and/or anticipated location*<br><br>*Col 7: lines 45-51:*<br>*Refinement and exclusion of events 404 also takes place,* | As shown below, the accused instrumentality provides audiobook/ebook recommendations based on thresholds defined such as audiobooks/ebooks preferences, interests, etc. The recommendations are sorted as per relevancy order. The accused instrumentality calculates a relevancy score based on the thresholds and suggests interested audiobooks, ebooks, etc. to the user.<br><br>In addition, certain data is required for registration and use of our app.<br><br>Your account data, used to access the app, can also be used to log in to other of our services like CandyJar. Upon first login to one of our other services, the respective terms of use and data protection policies of the service will apply.<br><br>The following data is processed as part of the registration:<br><br>• E-mail (mandatory)<br>• Password (mandatory)    user data<br>• User name<br>• Date of birth<br><br>In addition to manual registration, we offer you the option of registering with us directly with your existing user account of a social network from selected providers. We use the platforms "Apple" and "Google". If you wish to use one of these functions, you will be redirected to the page of the respective provider and navigated through the registration process.<br><br>To protect your privacy, we delete or anonymize identifiers in our database and most technical data after your use. The evaluation of the usage data is carried out exclusively on a statistical basis and is not personalized.<br><br>The purpose of processing this data is to enable the use of the app and its service offerings and functions.<br>https://galatea.com/privacy |

*using thresholds—which can be user or system defined as described herein, to ensure the most meaningful events can be displayed to users 101 and 103. Factors considered by the exclusion analysis may include event size, guessed popularity, distance, and what the user 101 or 103 has attended or engaged with previously.*

Some features of our app require access to certain features and services on your device. Depending on which mobile operating system you use, you may be required to accept certain app permissions. We will now explain what these permissions are:

**Push notifications:**

Access location data: When you select OK in the "Push Notifications" pop-up, you allow the app to send you push notifications.

https://galatea.com/privacy



Home  >  Categories  >  Werewolf and Shifter Romance Books

**Werewolf and Shifter Romance Books**     event data

Werewolf and Shifter Romance Books feature characters who transform into animals and must navigate the challenges of dual nature while finding their perfect mates. These paranormal stories explore pack dynamics, territorial instincts, and the primal aspects of attraction that come with being part human and part beast. The transformation adds complexity to relationships as mates must accept both ... Read more

**Learning to Love... Book 1: Shade**
by M. L. Knight

Shade Mallory has spent her life cast aside, cursed, and treated as nothing more than a servant in her own pack. Hope feels like a cruel joke—until Alpha Caelan Kendrick opens his Choosing Ceremony to outsiders. Pressured to find a mate, he's resigned to duty over destiny. But when Shade steps into his world, fate refuses to be ignored. Sparks fly, secrets stir, and a bond neither expected begins to form. Yet, with shadows of the past looming and enemies watching, one question remains—will their connection be their salvation or their downfall?

https://galatea.com/en/browse/werewolves-shifters-4673



https://galatea.com/en/story/life-is-not-a-game-10229



https://play.google.com/store/apps/datasafety?id=com.colt&hl=en_US



[https://play.google.com/store/apps/datasafety?id=com.colt&hl=en_US](https://play.google.com/store/apps/datasafety?id=com.colt&hl=en_US)



https://play.google.com/store/apps/details?id=com.colt&hl=en_US

As shown below, the accused instrumentality recommends the audiobook, ebook, etc. based on user's interest, preferred categories or previous interactions such as 'Broken Queen'. The audiobook/ebook data doesn't cross the threshold with other categories audiobooks/ebooks.

| | |
|---|---|
| | <br><br>https://play-lh.googleusercontent.com/aYMNW47HljiNRCKz1NwkDhJiFRnbEiynNLwZt5I1MBS9XPEBnr6BHVX9VjFoDVQBoMg |
| wherein said calculated relevancy score is greater than a threshold and includes said user data, said social data or said event data; | The accused instrumentality discloses a relevancy score (e.g., relevance and ranking metrics) wherein said calculated relevancy score (e.g., relevance and ranking metrics) is greater than threshold (e.g., audiobook/ebook preference threshold, interest, etc.) and includes said user data (e.g., user information), said social data (e.g., other user's interest, reads, etc.) or said event data (e.g., audiobooks/ebooks preferences, interests, etc.).<br><br>As shown below, the accused instrumentality provides audiobook/ebook recommendations based on user interests and preference. The recommendations are sorted as per relevancy order. The accused instrumentality calculates a relevancy score and suggests the recommendations if score is above threshold. |

In addition, certain data is required for registration and use of our app.

Your account data, used to access the app, can also be used to log in to other of our services like CandyJar. Upon first login to one of our other services, the respective terms of use and data protection policies of the service will apply.

The following data is processed as part of the registration:

- E-mail (mandatory)
- Password (mandatory)    user data
- User name
- Date of birth

In addition to manual registration, we offer you the option of registering with us directly with your existing user account of a social network from selected providers. We use the platforms "Apple" and "Google". If you wish to use one of these functions, you will be redirected to the page of the respective provider and navigated through the registration process.

To protect your privacy, we delete or anonymize identifiers in our database and most technical data after your use. The evaluation of the usage data is carried out exclusively on a statistical basis and is not personalized.

The purpose of processing this data is to enable the use of the app and its service offerings and functions.

https://galatea.com/privacy

Some features of our app require access to certain features and services on your device. Depending on which mobile operating system you use, you may be required to accept certain app permissions. We will now explain what these permissions are:

**Push notifications:**

Access location data: When you select OK in the "Push Notifications" pop-up, you allow the app to send you push notifications.

https://galatea.com/privacy



[https://galatea.com/en/browse/werewolves-shifters-4673](https://galatea.com/en/browse/werewolves-shifters-4673)







## Life is Not a Game

| AUTHOR | READS | CHAPTERS |
|---|---|---|
| Kara Verbeek | 5.6M | 41 |

social data

https://galatea.com/en/story/life-is-not-a-game-10229



https://play.google.com/store/apps/datasafety?id=com.colt&hl=en_US



https://play.google.com/store/apps/datasafety?id=com.colt&hl=en_US



https://play.google.com/store/apps/details?id=com.colt&hl=en_US



https://makeheadway.com/blog/is-galatea-app-safe/



https://play-lh.googleusercontent.com/
aYMNW47HljiNRCKz1NwkDhJiFRnbEiynNLwZt5I1MBS9XPEBnr6BHVX9VjFoDVQBoM
g

| categorizing said recommendations by applying a relevancy popularity analysis thereby narrowing down most relevant data based upon interests, activities, experiences, people, deals, specials, desired matchups, advertisements, or recommendations | The accused instrumentality discloses categorizing (e.g., categorizing recommendations based on user's interest, preferences, previous interactions, etc.) said recommendations (e.g., recommendations for audiobooks, ebooks, etc.) by applying a relevancy popularity analysis (e.g., Domain rating) thereby narrowing down most relevant data based upon interests (e.g., user interests), activities (e.g., listening/reading activity, etc.), experiences, people, deals, specials, desired matchups, advertisements, or recommendations (e.g., recommendations for audiobooks, ebooks, etc.) which have previously elicited engagement (e.g., preferences and previous interactions).

As shown below, the accused instrumentality categorizes recommendations based on user's interest, preferences, previous interactions, etc. The recommended audiobooks, ebooks, etc. are based on user preferences expressed by user by |

| which have previously elicited engagement; | previously interacting with accused instrumentality. |
|---|---|
| | Audiobook option: GALATEA allows users to listen to their favorite books in audiobook format, or switch between reading and listening modes. Users can enjoy stories anywhere, any time, without having to look at the screen. A library for every desire: GALATEA has a library of over 400 ebooks in various genres, such as romance, fantasy, thriller, and horror. GALATEA also features exclusive online books, novels, audiobooks, and short stories from best-selling authors. Users can select their preferred genres and get personalized recommendations from GALATEA.<br><br>https://medium.com/@galateafans/codes-galatea-free-100k-points-unlock-chapters-56a762f8e814 |

In addition, certain data is required for registration and use of our app.

Your account data, used to access the app, can also be used to log in to other of our services like Candy Jar. Upon first login to one of our other services, the respective terms of use and data protection policies of the service will apply.

The following data is processed as part of the registration:

- E-mail (mandatory)
- Password (mandatory)      user data
- User name
- Date of birth

In addition to manual registration, we offer you the option of registering with us directly with your existing user account of a social network from selected providers. We use the platforms "Apple" and "Google". If you wish to use one of these functions, you will be redirected to the page of the respective provider and navigated through the registration process.

To protect your privacy, we delete or anonymize identifiers in our database and most technical data after your use. The evaluation of the usage data is carried out exclusively on a statistical basis and is not personalized.

The purpose of processing this data is to enable the use of the app and its service offerings and functions.

https://galatea.com/privacy



https://play.google.com/store/apps/datasafety?id=com.colt&hl=en_US

 **Personal info**
  Name, Email address, and User IDs

### Data collected and for what purpose ⓘ

**Name** · Optional
App functionality, Personalization, Account management

**Email address** · Optional
App functionality, Advertising or marketing, Personalization, Account management

**User IDs**
App functionality, Analytics, Developer communications, Advertising or marketing, Personalization, Account management

https://play.google.com/store/apps/datasafety?id=com.colt&hl=en_US

**Iterable:** We use Iterable, Inc., headquartered at 201 Spear Street, Suite 1050, San Francisco, CA 94105, USA, for the purpose of marketing emails and push notifications. We may process the following data: Email address, push device tokens (for push notifications), app usage data and analytics (e.g., user reading/listening history), campaign engagement (open/click rates), notification interactions, and device information.

https://galatea.com/privacy

| | |
|---|---|
| |  https://play-lh.googleusercontent.com/aYMNW47HljiNRCKz1NwkDhJiFRnbEiynNLwZt5I1MBS9XPEBnr6BHVX9VjFoDVQBoMg |
| matching said identified said user data, social data, or said event data based at least on said relevancy score for each categorized recommendation; | The accused instrumentality discloses matching said identified said user data (e.g., user information), social data (e.g., other user's interest, reads, etc.), or said event data (e.g., audiobooks/ebooks preferences, interests, etc.) based at least on said relevancy score (e.g., relevance and ranking metrics) for each categorized recommendation (e.g., recommendations for different categories of audiobooks, ebooks, etc.).<br><br>As shown below, the recommendations include audiobooks, ebooks, etc. of different categories such as Werewolf romance, Dark romance, etc. The accused instrumentality calculates a relevancy score and suggests audiobooks, ebooks, etc. if the score is above a threshold. |

| | |
|---|---|
| | Audiobook option: GALATEA allows users to listen to their favorite books in audiobook format, or switch between reading and listening modes. Users can enjoy stories anywhere, any time, without having to look at the screen.<br><br>A library for every desire: GALATEA has a library of over 400 ebooks in various genres, such as romance, fantasy, thriller, and horror. GALATEA also features exclusive online books, novels, audiobooks, and short stories from best-selling authors. Users can select their preferred genres and get personalized recommendations from GALATEA.<br><br>https://medium.com/@galateafans/codes-galatea-free-100k-points-unlock-chapters-56a762f8e814 |

In addition, certain data is required for registration and use of our app.

Your account data, used to access the app, can also be used to log in to other of our services like Candy Jar. Upon first login to one of our other services, the respective terms of use and data protection policies of the service will apply.

The following data is processed as part of the registration:

- E-mail (mandatory)
- Password (mandatory)
- User name
- Date of birth

user data

In addition to manual registration, we offer you the option of registering with us directly with your existing user account of a social network from selected providers. We use the platforms "Apple" and "Google".  If you wish to use one of these functions, you will be redirected to the page of the respective provider and navigated through the registration process.

To protect your privacy, we delete or anonymize identifiers in our database and most technical data after your use. The evaluation of the usage data is carried out exclusively on a statistical basis and is not personalized.

The purpose of processing this data is to enable the use of the app and its service offerings and functions.

https://galatea.com/privacy

Some features of our app require access to certain features and services on your device. Depending on which mobile operating system you use, you may be required to accept certain app permissions. We will now explain what these permissions are:

**Push notifications:**

Access location data: When you select OK in the "Push Notifications" pop-up, you allow the app to send you push notifications.

https://galatea.com/privacy

**Iterable:** We use Iterable, Inc., headquartered at 201 Spear Street, Suite 1050, San Francisco, CA 94105, USA, for the purpose of marketing emails and push notifications. We may process the following data: Email address, push device tokens (for push notifications), app usage data and analytics (e.g., user reading/listening history),  campaign engagement (open/click rates), notification interactions, and device information.

https://galatea.com/privacy



https://galatea.com/en/browse/werewolves-shifters-4673



GALATEA by Inkitt

Get Unlimited Access    Categories    Blog    Your Profile

## Life is Not a Game

AUTHOR          READS          CHAPTERS
Kara Verbeek    5.6M           41

social data

https://galatea.com/en/story/life-is-not-a-game-10229



https://play.google.com/store/apps/datasafety?id=com.colt&hl=en_US



https://play.google.com/store/apps/datasafety?id=com.colt&hl=en_US



https://makeheadway.com/blog/is-galatea-app-safe/



https://play-lh.googleusercontent.com/
aYMNW47HljiNRCKz1NwkDhJiFRnbEiynNLwZt5I1MBS9XPEBnr6BHVX9VjFoDVQBoM
g

| determining one or more recommendation | The accused instrumentality discloses determining one or more recommendation (e.g., recommendations for audiobooks, ebooks, etc.) results based at least on said |

| results based at least on said relevancy score for each categorized recommendation; | relevancy score (e.g., relevance and ranking metrics) for each categorized recommendation (e.g., recommendations for different categories of audiobooks, ebooks, etc.). <br><br> As shown below, the recommendations include audiobooks, ebooks, etc. of different categories such as Werewolf romance, Dark romance, etc. The accused instrumentality calculates a relevancy score and suggests audiobooks, ebooks, etc. if the score is above a threshold. Upon selecting a category, recommended audiobooks, ebooks, etc. belonging to said category are displayed. <br><br> Audiobook option: GALATEA allows users to listen to their favorite books in audiobook format, or switch between reading and listening modes. Users can enjoy stories anywhere, any time, without having to look at the screen. <br><br> A library for every desire: GALATEA has a library of over 400 ebooks in various genres, such as romance, fantasy, thriller, and horror. GALATEA also features exclusive online books, novels, audiobooks, and short stories from best-selling authors. Users can select their preferred genres and get personalized recommendations from GALATEA. <br><br> https://medium.com/@galateafans/codes-galatea-free-100k-points-unlock-chapters-56a762f8e814 |
| --- | --- |

In addition, certain data is required for registration and use of our app.

Your account data, used to access the app, can also be used to log in to other of our services like Candy Jar. Upon first login to one of our other services, the respective terms of use and data protection policies of the service will apply.

The following data is processed as part of the registration:

- E-mail (mandatory)
- Password (mandatory)      user data
- User name
- Date of birth

In addition to manual registration, we offer you the option of registering with us directly with your existing user account of a social network from selected providers. We use the platforms "Apple" and "Google". If you wish to use one of these functions, you will be redirected to the page of the respective provider and navigated through the registration process.

To protect your privacy, we delete or anonymize identifiers in our database and most technical data after your use. The evaluation of the usage data is carried out exclusively on a statistical basis and is not personalized.

The purpose of processing this data is to enable the use of the app and its service offerings and functions.

https://galatea.com/privacy

Some features of our app require access to certain features and services on your device. Depending on which mobile operating system you use, you may be required to accept certain app permissions. We will now explain what these permissions are:

**Push notifications:**

Access location data: When you select OK in the "Push Notifications" pop-up, you allow the app to send you push notifications.

https://galatea.com/privacy

**Iterable:** We use Iterable, Inc., headquartered at 201 Spear Street, Suite 1050, San Francisco, CA 94105, USA, for the purpose of marketing emails and push notifications. We may process the following data: Email address, push device tokens (for push notifications), app usage data and analytics (e.g., user reading/listening history),  campaign engagement (open/click rates), notification interactions, and device information.

https://galatea.com/privacy



https://galatea.com/en/browse/werewolves-shifters-4673



https://galatea.com/en/story/life-is-not-a-game-10229



**Data collected**

Data this app may collect

### App activity

App interactions and In-app search history

**Data collected and for what purpose** ⓘ

**App interactions**

Analytics, Advertising or marketing, Fraud prevention, security, and compliance, Personalization

**In-app search history**

App functionality, Analytics, Personalization

https://play.google.com/store/apps/datasafety?id=com.colt&hl=en_US



https://play.google.com/store/apps/datasafety?id=com.colt&hl=en_US



https://makeheadway.com/blog/is-galatea-app-safe/



https://play-lh.googleusercontent.com/
aYMNW47HljiNRCKz1NwkDhJiFRnbEiynNLwZt5I1MBS9XPEBnr6BHVX9VjFoDVQBoM
g

| | |
|---|---|
| transmitting to said user the one or more | The accused instrumentality discloses transmitting to said user (e.g., Galatea user) the one or more recommendation results (e.g., recommendations for audiobooks, |

| | |
|---|---|
| recommendation results based at least on said relevancy score for each categorized recommendation by displaying matched identified said user data, social data, or said event data based on calculated recommendations. | ebooks, etc.) based at least on said relevancy score (e.g., relevance and ranking metrics) for each categorized recommendation (e.g., recommendations for different categories of audiobooks, ebooks, etc.) by displaying matched identified said user data (e.g., user information), social data (e.g., other user's interest, reads, etc.), or said event data (e.g., audiobook preferences, interests, etc.).based on calculated recommendations (e.g., recommendations for audiobooks, ebooks, etc.). <br><br> As shown below, the accused instrumentality transmits recommendations to a user when said user searches for audiobooks, ebooks, etc.  The recommendations include audiobooks, ebooks, etc. of different categories such as Werewolf romance, Dark romance, etc. The accused instrumentality calculates a relevancy score and suggests audiobooks, ebooks, etc. if the score is above a threshold. Upon selecting a category, recommended audiobooks, ebooks, etc. belonging to said category are displayed. <br><br> Audiobook option: GALATEA allows users to listen to their favorite books in audiobook format, or switch between reading and listening modes. Users can enjoy stories anywhere, any time, without having to look at the screen. <br><br> A library for every desire: GALATEA has a library of over 400 ebooks in various genres, such as romance, fantasy, thriller, and horror. GALATEA also features exclusive online books, novels, audiobooks, and short stories from best-selling authors. Users can select their preferred genres and get personalized recommendations from GALATEA. <br><br> https://medium.com/@galateafans/codes-galatea-free-100k-points-unlock-chapters-56a762f8e814 |

In addition, certain data is required for registration and use of our app.

Your account data, used to access the app, can also be used to log in to other of our services like Candy Jar. Upon first login to one of our other services, the respective terms of use and data protection policies of the service will apply.

The following data is processed as part of the registration:

- E-mail (mandatory)
- Password (mandatory)    user data
- User name
- Date of birth

In addition to manual registration, we offer you the option of registering with us directly with your existing user account of a social network from selected providers. We use the platforms "Apple" and "Google".  If you wish to use one of these functions, you will be redirected to the page of the respective provider and navigated through the registration process.

To protect your privacy, we delete or anonymize identifiers in our database and most technical data after your use. The evaluation of the usage data is carried out exclusively on a statistical basis and is not personalized.

The purpose of processing this data is to enable the use of the app and its service offerings and functions.
https://galatea.com/privacy

Some features of our app require access to certain features and services on your device. Depending on which mobile operating system you use, you may be required to accept certain app permissions. We will now explain what these permissions are:

**Push notifications:**

Access location data: When you select OK in the "Push Notifications" pop-up, you allow the app to send you push notifications.
https://galatea.com/privacy

**Iterable:** We use Iterable, Inc., headquartered at 201 Spear Street, Suite 1050, San Francisco, CA 94105, USA, for the purpose of marketing emails and push notifications. We may process the following data: Email address, push device tokens (for push notifications), app usage data and analytics (e.g., user reading/listening history), campaign engagement (open/click rates), notification interactions, and device information.

https://galatea.com/privacy



https://galatea.com/en/browse/werewolves-shifters-4673



https://galatea.com/en/story/life-is-not-a-game-10229



https://galatea.com/en/story/learning-to-love-book-1-shade-14799



https://play.google.com/store/apps/datasafety?id=com.colt&hl=en_US



https://play.google.com/store/apps/datasafety?id=com.colt&hl=en_US



https://makeheadway.com/blog/is-galatea-app-safe/



https://play-lh.googleusercontent.com/aYMNW47HljiNRCKz1NwkDhJiFRnbEiynNLwZt5I1MBS9XPEBnr6BHVX9VjFoDVQBoMg

| 2. The method of claim 1, wherein said user data includes information about a user's real world explicitly or implicitly stated interests, disinterests, or desires. | The accused instrumentality practices collecting user data (e.g., personal info, etc.) wherein said user data includes information about a user's real world explicitly or implicitly stated interests (e.g., explicitly stated user interests, etc.), disinterests, or desires. |
|---|---|

In addition, certain data is required for registration and use of our app.

Your account data, used to access the app, can also be used to log in to other of our services like CandyJar. Upon first login to one of our other services, the respective terms of use and data protection policies of the service will apply.

The following data is processed as part of the registration:

- E-mail (mandatory)
- Password (mandatory)
- User name
- Date of birth

user data

In addition to manual registration, we offer you the option of registering with us directly with your existing user account of a social network from selected providers. We use the platforms "Apple" and "Google".  If you wish to use one of these functions, you will be redirected to the page of the respective provider and navigated through the registration process.

To protect your privacy, we delete or anonymize identifiers in our database and most technical data after your use. The evaluation of the usage data is carried out exclusively on a statistical basis and is not personalized.

The purpose of processing this data is to enable the use of the app and its service offerings and functions.

https://galatea.com/privacy

Some features of our app require access to certain features and services on your device. Depending on which mobile operating system you use, you may be required to accept certain app permissions. We will now explain what these permissions are:

**Push notifications:**

Access location data: When you select OK in the "Push Notifications" pop-up, you allow the app to send you push notifications.

https://galatea.com/privacy



https://play.google.com/store/apps/datasafety?id=com.colt&hl=en_US



https://play.google.com/store/apps/datasafety?id=com.colt&hl=en_US

| 3. The method of claim 2 wherein said social data may include information about users and ghost users' real world interests or disinterests. | The accused instrumentality practices collecting social data wherein said social data (e.g., other user's interest, reads, etc.) may include information about users and ghost users' real world interests or disinterests (e.g., user and other users interest, preferences, etc.). |



https://galatea.com/en/story/life-is-not-a-game-10229

| | |
|---|---|
| 4. The method of claim 3 wherein said user data further comprises a current, recent, last known, or estimated physical location of one more of said users. | The accused instrumentality practices identifying user data (e.g., personal info, etc.) wherein said user data further comprises a current, recent, last known, or estimated physical location (e.g., latitude, longitude, country, etc.) of one more of said users (e.g., users of the accused instrumentality).<br><br>As shown, the accused instrumentality gathers the user's location through their devices. |

| | |
|---|---|
| | **Data collection in our app**<br><br>When you use our app, we collect and store certain data (technically necessary) about you to provide services and improve your experience:<br><br>• Language settings (e.g., system language German)<br>• Approximate location based on device language and time zone<br>• Date and time of use (e.g. 11:45 on 25.05.2018)<br>• Operating system (e.g., iOS, Android)<br>• Hardware (e.g., iPhone 16)<br>https://galatea.com/privacy<br><br>Some features of our app require access to certain features and services on your device. Depending on which mobile operating system you use, you may be required to accept certain app permissions. We will now explain what these permissions are:<br><br>**Push notifications:**<br><br>Access location data: When you select OK in the "Push Notifications" pop-up, you allow the app to send you push notifications.<br>https://galatea.com/privacy |